FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA         JUN 2 5 2012
ATLANTA DIVISION

JAMES N. HATTEN, Clerk.
By ____ Deputy Clerk

BRUCE ABAIR,

        Plaintiff,

v.                                    CIVIL ACTION FILE NO. 1:12-cv-
                                      00604-JOF

SECURITAS SECURITY
SERVICES USA, INC.,

        Defendant.


## [PROPOSED] ORDER

The above-styled case is presently before the Court on the Parties' Joint Motion for Approval of FLSA Settlement. The Parties have requested that the Court review and approve their Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), *et seq.* The Court has reviewed the proposed Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the Parties' Joint Motion is **GRANTED**, and the Settlement Agreement and General Release is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in the Settlement Agreement have been complied with.

IT IS SO ORDERED, this _22nd_ day of _June_, 2012.

_____
HONORABLE J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE

Firmwide:92909682.1 061674.1006